IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 09-00360-02-CR-W-GAF |
| ) | |
| SARAH MCMILLIAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is

ORDERED that defendant's conditions of release are amended as follows: Defendant shall reside at a residence approved by her supervising officer. Defendant shall continue electronic monitoring to ensure compliance with curfew and residential restrictions.

                                      /s/ Robert E. Larsen
                                      ROBERT E. LARSEN
                                      United States Magistrate Judge

Kansas City, Missouri
May 10, 2010